AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

DONALD COLE BURCHETT,

        Petitioner,

        v.

OZZIE D. KNEZOVICH,

        Respondent,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-045-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the First Amended Petition is DISMISSED without prejudice for failure to exhaust.

July 15, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Shirley Peters
*(By) Deputy Clerk*
Shirley Peters